DAVID A. BANKER, Appellant, *v.* ELLEN M. BANKER, Respondent.

*New trial in equity cause — when not granted.*

Although courts of equity may and will, in proper cases, grant a new trial in a suit in which the judgment binds the plaintiff as to his inheritance, in analogy to the statutory right of a defeated party in an action of ejectment, yet such rule does not apply to an action brought by an heir at law against the widow of his deceased father to have the marriage declared void on account of the lunacy of the father at the time of the marriage, as a judgment therein sustaining the marriage does not defeat the plaintiff's right as heir, but at most merely suspends his possession of a portion of the estate for the life of the defendant.

Appeal from a judgment in favor of the defendant, entered upon the trial of this action by the court at Special Term.

*James Lansing*, for the appellant.

*R. A. Parmenter*, for the respondent.

Opinion by James, J.

Present — Learned, P. J., Boardman and James, JJ.

Judgment affirmed.